# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

KEVIN M. McELROY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1403

————————————————

July 10, 2024

Appeal from the County Court for Pinellas County; Dorothy Vaccaro, Judge.

Howard L. Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General for Appellee.

PER CURIAM.

    Affirmed.

CASANUEVA, LaROSE, and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.